## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 7 EM 2019
                                                   :

               Respondent            :

                                                   :

                                                   :

                v.                            :

                                                   :

DAMIEN MIKELL,                              :

                                                   :

                Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 29th day of March, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.  Petitioner has 30 days to submit his Petition for Allowance of Appeal.